# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 5:01CR8-8 |
| Dwight Connor | ) | USM No: 17272-058 |
| | ) | Samuel Bayness Winthrop |
| Date of Previous Judgment: 8/21/02 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❐ the Director of the Bureau of Prisons  ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❐ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  140  months **is reduced to**  120 months  .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 29 | | Amended Offense Level: 27 | |
| Criminal History Category: V | | Criminal History Category: V | |
| Previous Guideline Range: 140 to 175 months | | Amended Guideline Range: 120 to 150 months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■ The reduced sentence is within the amended guideline range.

❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❐ Other (explain):

## III.  ADDITIONAL COMMENTS

**It is further ordered** that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated  8/21/02  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  July 29, 2008

Effective Date: _____
(if different from order date)

_Richard L. Voorhees_
Richard L. Voorhees
United States District Judge